(Rev.S/0~)



FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Ernest A. Crump, Jr            149221
(Name of Plaintiff)          (Inmate Number)

James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)          (Inmate Number)

_____
(Case Number)
(to be assigned by U.S. District Court)

James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

VS

(1) Carl Danberg

(2) Rick Kearney

(3) Perry Phelps

(4) Correcrtional Medical Services

(5) JAmes Welch

(6) Paul Howard
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

**Jury Trial Requested**



FILED
AUG 1 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.       PREVIOUS LAWSUITS

   A.       If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case
            number including year, as well as the name of the judicial officer to whom it was assigned:

Ernest A. Crump, Jr v. Stan Taylor, Thomas Carroll, Correctional Medical Services, David Dunnington, Michael Bryant, John doe#3, Jane doe#1 and John Doe#4. Civ.No. 04-328-SLR, Year 2004, Judical Officer Sue L. Robinson.

Ernest A. Crump, Jr v. Robert May, Thomas Rygil, Vince Bianca and Stan Taylor. Civ. No. 04-329-SLR Year 2004, Judical Officer Sue L. Robinson,

II.   **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

  A.   Is there a prisoner grievance procedure available at your present institution? ☒ Yes ☐ No

  B.   Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes ☐ No

  C.   If your answer to "B" is Yes:

   1. What steps did you take? Filed a Medical Grievance

   2. What was the result? Medical Grievance was denied, however was upheld on Appeal in plaintiff's favor, yet no action was still taken by the defendants to abide by the appeal decision.

  D.   If your answer to "B" is No, explain why not:

III   **DEFENDANTS** (in order listed on the caption)

  (1) Name of first defendant: Carl Danberg

   Employed as Commissioner at Delaware Department of Corrections

   Mailing address with zip code: 245 Mc Kee Road, Dover, Delaware 19904

  (2) Name of second defendant: Rick Kearney

   Employed as Bureau Chief at Delaware Department of Corrections

   Mailing address with zip code: 245 Mc Kee Road, Dover, Delaware 19904

  (3) Name of third defendant: Perry Phelps

   Employed as Warden at James Vaughn Correctional Center

   Mailing address with zip code: 1181 Paddock Road, Smyrna, Delaware 1997

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(4) Name of fourth defendant: Correctional Medical Services

  Employed as Medical Provider for the Delaware Department of Corrections

  Mailing address with zip code: 1201 College Park Dr. Suite 101, Dover, DE 19904

(5) Name of fifth defendant: James Welch

Employed as: Medical Administrator for the Delaware Department of Corrections

Mailing address: 245 Mc Kee Road, Dover, Delaware 19904

(6) Name of sixth defendant: Paul Howard

Employed as: ( retired )( former Buerau Chief ) for the Delaware Department of Corrections

Mailing address: ( current address unknown ) former address 245 Mc Kee Road, Dover, DE 19977

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1.    On 01-08-06 plaintiff filed a Medical Grievance in regards to getting a colonoscopy ( see exhibit 1 ). On 01-20--06 plaintif had an informal resolution discussion with correctional Medical staff member Criistine Malaney in which the plaintiff indicated that he wanted to go to the next level and still have a grievance hearing ( see exhibit 2 ). On 02-28-06 plaintiff's grievance was forwarded to the Medical Grievance Committee, herein refered to as the MGC ( see exhibit 3 ) and on 03-20-06 plaintiff had a hearing before the MGC, in which the plaintiff's grievance was denied ( see exhibit 4 ). On 03-24-06 plaintiff appealed the MGO's decision to the Bureau Grievance Officer, herein refered to as the BGO ( see exhibit 5 ). On 09-27-06, the BGO decided to uphold the plaintiff's appeal and approve him to receive a colonoscopy (see exhibit 6 ) in which that decision was forwarded to the Bureau Chief and on 11-29-06, the Bureau Chief upheld the BGO's decision ( see exhibit 7 ). But eventhough the plaintiffs appeal was upheld and the decision was made for him to have a colonoscopy done, nothing has been done to execute that decision, and as a result of that apparent refusal by Correctional Medical Services and the defendants to to perform their job duties and responsibilities, almost 2 years has passed, and because of that enormous amount of time of passing and nothing being done, on 06-27-08 the plaintiff wrote the Warden of James Vaughn Correctional Center - Perry Phelps and brought this to his attention, yet nothiong still was done ( see exhibit 8 )

2.    Plaintiff believes that Correctional Medical Services initially, and now the Warden - Perry Phelps are intentionally and purposely denying him a colonoscopy out of vindictiveness because he was successful on his appeal, and are purposely, potentially placing his health in danger, because it is a fact that early detection through a colonoscopy is essential in preventing death from colon cancer. Plaintiff has been suffering from anxiety, depression, loss of appetite and sleep as a result of him being immensely worried about his prognosis for colon cancer, especially since he falls in the high risk category of getting colon cancer and has not yet been tested. plaintiff has also sought and received mental health counselling for this ( which mental health records will indicate ), and further assertts that he has suffered irreparable stress and mental anguish so that even if he's tested today, and the results indicate he's negative, the mental and physical damage has already been done.

3.    The Commissioner Carl Danberg is involved because as Commissioner of the Delaware Department of Corrections, he is suppose to carry out and provide for (1) the custody, study training, tteatment, correction, and rehabilitation of persons committed to the Department, and (2) administering the medical/treatment services contract, or appointing designee to administer the medical/treatment contract.

The Bureau Chief Rick Kearney involvement is that the Bureau Chief's decisionseare final and not appealable, and therefore should have simply made sure his predessor, Paul Howard's decisions were implemented once he took over that position.

The Warden Perry Phelps involvment is that he has jurisdiction over the care, charge, custody, control, management, administration and supervision of all offenders and persons under the custody of James Vaughn Correctional Center, to which he is Warden of, and should have addressed the plaintiff's concerns after receiving said letter from him dated 06-27-06, also known as exhibit 8

Correctional Medical Services involvement is that they are suppose to provide any and all medical

treatment services they are contracted by the Delaware Department of Corrections to provide, which include colonoscopy testing.

James Welch involvment is that he is the Medical Administratort for the Delaware Department of Corrections and upheld the plaintiff's appeal and should have made sure that Correctional Medical Services gave him a colonoscopy.

Paul Howard's involvement is that he is the original Bureau Chief who decided to uphold the plaintiff's appeal, and should have made sure before he retired that all his appeal decisions were implemented.

V.  **RELIEF**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1.  Direct Correctional Medical Services and the Delaware Department of Corrections to immediately abide by the plaintiff's grievance appeal decision which was upheld for him to get a colonoscopy

2.      100,000.00 awarded to the plaintiff from the defendants for intentional and negligent infliction of emotional distress and mental anguish by having plaintiff anxious, frightened and worried every day for almost 2 years about the prognosis of possibly having colon cancer when a colonoscopy test would have resolved this stressful concern almost 2 years ago when he was approved by the former Bureau Chief and current Medical Administrator.

3.      100,000.00 awarded to the plaintiff from the defendants for punitive damages for failure to exercise that degree of care which a Department of Corrections Organization and Medical Provider of professional prudence would exercise under the same circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8th__ day of __August__, 20_08_.

_Ernest A. Crump, Jr_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

December 5, 2006
November 29, 2006

D/W B-12

Inmate CRUMP ERNEST A J
SBI # 00149221
DCC Delaware Correctional Center
SMYRNA DE, 19977

Dear ERNEST CRUMP:

We have reviewed your Grievance Case # 22663 dated 01/08/2006.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/05/2006

Exhibit 1

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : CRUMP, ERNEST A J | SBI# : 00149221 | Institution : DCC |
| Grievance # : 22663 | Grievance Date : 01/08/2006 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Resol. Date : 12/05/2006 |
| Grievance Type: Health Issue (Medical) | Incident Date : 01/08/2006 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-WEST, Tier B, Cell 12, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: Approximately 6 months ago I submitted a sick call slip requesting to be tested for prostrate and colon cancer. After waiting about 3 months the medical staff, in particular, Nurse Iona performed a physical rectum examination to check my prostrate but, never gave me the results and informed me that she was scheduling me to have a colonoscopy to check for colon cancer. While defecation I observed blood in my stool, therefore I believe the colonoscopy test is of critical urgency

**Remedy Requested :** That without further delay, a colonoscopy be performed on me and that I be notified of the results of my prostrate exam.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 01/20/2006 |
| Investigation Sent : 01/20/2006 | Investigation Sent To : Malaney, Christine |
| Grievance Amount : | |

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/05/2006


Exhibit 2

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name**: CRUMP, ERNEST A J | **SBI#** : 00149221 | **Institution** : DCC |
| **Grievance #** : 22663 | **Grievance Date** : 01/08/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status**: Level 3 | **Inmate Status** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 01/08/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location**: Bldg D-WEST, Tier B, Cell 12, Bottom | |

### INFORMAL RESOLUTION

**Investigator Name** : Malaney, Christine        **Date of Report** 01/20/2006

**Investigation Report** : Inmate was given results of prostate exam & PSA level. Inmate has no current orders for colonoscopy. Hemmacults negative. Inmate would still like to go to the next level.

**Reason for Referring:**

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/05/2006

Exhibit 3

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** CRUMP, ERNEST A J | **SBI#** : 00149221 | **Institution** : DCC |
| **Grievance #** : 22663 | **Grievance Date** : 01/08/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/08/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-WEST, Tier B, Cell 12, Bottom | |

### IGC

**Medical Provider:**           **Date Assigned**

**Comments:**

[x] **Forward to MGC**           [ ] **Warden Notified**

[ ] **Forward to RGC**           **Date Forwarded to RGC/MGC** : 02/28/2006

[x] **Offender Signature Captured**   **Date Offender Signed** :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/05/2006

Exhibit 4

# GRIEVANCE INFORMATION (MGC)

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : CRUMP, ERNEST A J | **SBI#** : 00149221 | **Institution** : DCC |
| **Grievance #** : 22663 | **Grievance Date** : 01/08/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/08/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-WEST, Tier B, Cell 12, Bottom | |

### MGC

**Date Received** : 02/28/2006      **Date of Recommendation** 03/22/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Deny |
| Staff | | Weigner, Kimberly | Deny |
| Staff | | Gordon, Oshenka | Deny |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

Uphold : 0            Deny : 3            Abstain : 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 3/20/06
Deny: No sick calls noted for blood in stool. Hemocults stools negitive fro blood. Rec'd hemrroidal cream. Colonoscopy not warrented @ this time. No MD Order.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/05/2006

Exhibit 5

# GRIEVANCE INFORMATION (Appeal)

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : CRUMP, ERNEST A J | **SBI#** : 00149221 | **Institution** : DCC |
| **Grievance #** : 22663 | **Grievance Date** : 01/08/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 01/08/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-WEST, Tier B, Cell 12, Bottom | |

### APPEAL REQUEST

Appeal due 3/27/06. Appeal returned 3/24/06. Grievant denied his request to have a colonoscopy even though he is a high risk factor. His high risk factors are: 1) African American male, 2) have a family history of colon cancer - uncle, 3) both parents died from cancers - father - lung cancer - mother - liver cancer. Grievant also had symptoms such as: constipation, abdominal pain, cramps and blood in stool. Grievant has hemorrhoids, but hasn't had blood in his stool in 5 years and don't believe his recent blood in his stool is hemorrhoids related. All of the above stated facts are already in my medical records and prevention and survival depend on early detection and colonoscopy examination is the only definitive test, therefore I should have been given a colonoscopy.

### REMEDY REQUEST

DCC Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261  

Date: 12/05/2006

Exhibit 6

# GRIEVANCE INFORMATION - BGO

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : CRUMP, ERNEST A J | **SBI#** : 00149221 | **Institution** : DCC |
| **Grievance #** : 22663 | **Grievance Date** : 01/08/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/08/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-WEST, Tier B, Cell 12, Bottom | |

### REFERRED TO

**Due Date** : 04/04/2006    **Referred to:** Person    **Name:** Welch, James

**Type of Information Requested :**  
Grievant requests a colonscopy.

### DECISION

**Date Received** : 03/24/2006  
**Decision Date** : 09/27/2006    **Vote** : Uphold  
**Comments** :  
Grievant to receive a colonoscopy

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/05/2006

## GRIEVANCE INFORMATION - Bureau Chief

Exhibit 7

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : CRUMP, ERNEST A J | **SBI#** : 00149221 | **Institution** : DCC |
| **Grievance #** : 22663 | **Grievance Date** : 01/08/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/08/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-WEST, Tier B, Cell 12, Bottom | |

### DECISION

**Decision Date:** 11/29/2006    **Vote:** Uphold

**Comments** :

TO: Perry Phelps – Warden D.C.C.

FROM: Ernest A. Crump, Jr. S.B.I. # 149221, S-1

DATE: 06-27-08

RE: MEDICAL GREIVANCE

Dear Warden Phelps:

On 01/08/06 I filed a medical grievance in regards to getting a colonoscopy done – see exhibit A. On 03/20/06, I had my medical grievance hearing in which the Grievance Board denied said grievance – see exhibit B. On 03/24/06 I filed an Appeal of said grievance decision – see exhibit C, and on 09/27/06 my grievance was upheld by James Welch – see exhibit D, followed by approval from the Bureau Chief's Office on 11/29/06 - see exhibit E.

From the date this Grievance Appeal was upheld by the Director of Medical Services – James Welch 09/27/06 and approved by the Bureau Chief's Office 11/29/06 and up until now 06/27/08 (a year and a half later), Correctional Medical Services has refused to honor Director Welch's Order to take me out to have a colonoscopy done. This refusal is a blatant disregard for my health and welfare because early detection is utterly crucial in detecting polyps in the colon that could perhaps turn into cancerous ones as well as detecting treatable stages if I unfortunately am diagnosed with cancer in the colon, and I feel as though this is a level of negligence that is unacceptable in any medical community.

Therefore, I'd truly appreciate it if you would direct the Hospital to do as they were ordered to do and take me out for a colonoscopy.

Respectfully,

Ernest A. Crump, Jr.
S.B.I. # 149221, Unit S-1
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE  19977